**UNITED STATES BANKRUPTCY COURT**
**Western District of Pennsylvania**

| | |
|---|---|
| In re: | ) |
| | ) |
| CLARENCE FRANCIS MROZINSKI, JR. | ) Case No: 18-23569-GLT |
| | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) |
| CLARENCE FRANCIS MROZINSKI, JR. | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |

**CHAPTER 13 DEBTOR'S CERTIFICATION**
**REGARDING DISCHARGE ELIGIBILITY**

To the Court:

    1. The Debtor has made all payments required by the Chapter 13 Plan.

    2. The Debtor is not required to pay any Domestic Support Obligations.

    3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

    4. On October 19, 2018, at docket number 18, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

| | |
|---|---|
| September 20, 2023 | /s/ Dai Rosenblum, Esq. |
| | Dai Rosenblum, Attorney for the Debtor |
| | 254 New Castle Road, Suite B |
| | Butler, PA  16001-2529 |
| | (724) 283-2900 PA ID No. 31802 |
| | dai@dairosenblumbankruptcy.com |